UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GENE ALLEN, | ) | |
| Petitioner, | ) | 3:12-cv-00056-HDM-VPC |
| vs. | ) | **ORDER** |
| LEGRAND, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

1 **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
2 may not file further documents in this action.
3       **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
4       Dated this 8th day of February, 2012.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE